## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| DEBORAH LAUFER, §  *Plaintiff,* § | | |
| § | | |
| v. § | NO. | MO:20-CV-00166 DC |
| § | | |
| RREA FO&G PORTFOLIO NO 2, LLC, § *Defendant.* § | | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Joint Stipulation of Dismissal With Prejudice (Doc. 10) filed September 23, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 24th day of September, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE